MARGARET ROSENTHAL, Bar No. 147501
NANCY INESTA, Bar No. 231709
BAKER & HOSTETLER LLP
12100 Wilshire Boulevard, 15th Floor
Los Angeles, CA 90025
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email:  mrosenthal@bakerlaw.com
Email:  ninesta@bakerlaw.com

Attorneys for Defendant
INTERNATIONAL PAPER COMPANY

JS-6

NIKKI TOLT, ESQ.
LAW OFFICES OF NIKKI TOLT
9024 W. Olympic Blvd., Suite 200
Beverly Hills, CA 90211
Telephone: 310.285.9990
Facsimile: 310.285.0025
Email:  ntolt@msn.com

Attorneys for Plaintiff
SALVADOR CASTANEDA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR CASTANEDA, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>NATIONWIDE PAPER COMPANY and DOES 1 through 25, inclusive<br><br>  Defendants. | Case No: CV09-01389 DMG (RZx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE**<br>[65]<br><br>**Action filed: November 6, 2008**<br>**Case Removed: February 26, 2009**<br>**Honorable Dolly M. Gee** |

---

1

[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE

1 | Based upon the concurrently filed Stipulation to Dismiss Action with
2 | Prejudice, and finding good cause therefor, it is hereby ORDERED that:
3 | The Stipulation to Dismiss is GRANTED, and this entire action is hereby
4 | DISMISSED with prejudice.

Dated: March 5, 2010   _____
Dolly M. Gee
United States District Judge